UNITED STATES DISTRICT COUR
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
)
v. ) No. 3:09-00064
) WILLIAM J. HAYNES, JR.
) Chief Judge, U.S. District Court
NORMAN J. SMITH )

## NORMAN J. SMITH'S MOTION AND INCORPORATED MEMORANDUM TO CONTINUE TRIAL

COMES now the accused, **NORMAN J. SMITH**, through counsel, Assistant Federal Public Defender, Isaiah S. Gant, and moves this Honorable Court to enter an order continuing the trial in this matter presently scheduled for Tuesday, May 13, 2014, at 9:00 a.m. In support of the foregoing motion, it is respectfully represented to this Honorable Court the following:

1. Counsel for Mr. Smith under went surgery on both feet on April 9, 2014. It has been estimated that counsel's recuperative period could be anywhere between six (6) to eight (8) weeks.

2. Counsel for Mr. Smith requests that the Court continue this matter to a date compatible with the Court's calender, but not less than sixty (60) days from the present trial date, to permit counsel to adequate time to prepare either for trial and/or to continue to pursue a negotiated settlement of this matter.

3. An executed Speedy Trial Waiver prepared pursuant to the Middle District of Tennessee's *Plan for the Prompt Disposition of Criminal Cases* will be filed immediately upon receipt.

4. Counsel for Mr. Smith has conferred with Assistant United States Attorney, S. Carran Daughtrey, and she has granted counsel for Mr. Smith the liberty of advising the Court that the government has no opposition to this request.

Granted
MOTION GRANTED in the interests of justice to enable defense counsel preparation for trial and conclude settlement negotiations.
[signature]
5-12-14