IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:09-cr-0064 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| NORMAN J. SMITH | ) | |

## ORDER

The plea hearing and sentencing hearing in this action are set for **Monday, October 27, 2014 at 3:00 p.m.**, in the United States Courthouse in Nashville, Tennessee. By **Monday, October 20, 2014,** counsel shall submit their memoranda, response and/or reply as well as the number of witnesses to be called and the expected length of the hearing. Failure to comply with this deadline may result in the resetting of the sentencing hearing.

It is so **ORDERED**.

ENTERED this the 9th day of September, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge