UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09cr00064 |
| | ) | Judge William J. Haynes, Jr. |
| NORMAN J. SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF A FINAL ORDER OF FORFEITURE

Pursuant to 18 U.S.C. § 2253 and the procedures set forth therein and Fed. R. Crim. P. 32.2(c) and/or 21 U.S.C. § 853(n), the United States of America, by and through David Rivera, United States Attorney for the Middle District of Tennessee, and Debra Teufel Phillips, Assistant United States Attorney, moves for the entry of a Final Order of Forfeiture as to the following property:

a. all visual depictions that were produced, transported, mailed, shipped or received in violation of the law; all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and all property, real and personal, used or intended to be used to commit or to promote the commission of the offense, including but not limited to the HP computer and 37 compact discs seized from 4200 Tarsus Road, Palmyra, Tennessee on February 27, 2007

hereinafter collectively referred to as "Subject Property." Notice of the forfeiture has been provided, and no petitions have been filed. The United States now moves for entry of a Final Order of Forfeiture forfeiting the Subject Property with no right, title and interest existing in any other party, and to be disposed of according to law.

A memorandum of law and facts in support of this Motion is filed simultaneously herewith.